In The Abbb Greff District

O.C.A.T.S Ministeries
7-14
Vs.

Trump Administration
Color Common Robb          42 USC 1983 Claim          STATE of Texas

Federal Courthouse

T BSA

4:26CV200

Comes Now Defendants (A) 27 O Right Hand of God Ministerios R.H.O.G (B) 7-14 "O" C.A.T "5" Children Against Torture Ministeries With they Filed Civil SUIT TITLE 42 - USC 1983 with the Peace and Dignity of its People In Part Rule 23 Bell v. Wolfish al El Porte BowMan By and through Pro Se Defendant Bradley E. Bowen of Exhibit-A 22-2758-3% al Several Faderal and State regulated Grievances by Conflict of Interest of Constitutional Amdmts Violations In Particular) 5th Amdmt al 14th of the United STATES Constitdls unless otherwise Noted Request Relief W/out PreJudice shows: "Prejudice is a Pre Judgement or dice a gantle Pre/Jud(ice) Unlike "Will" which has APProximately 20 Definitions in a Spanish/English Dictionary as Well as In Holy Bible see Acts 15 16-18 (1) "Things Knows long Ago" NIV See Also Amos 9: 11,12 ① SePT UN G INT "That we Not make it Difficult for those who are Turning to God @ 1-24-2022 "Please Pray for US Bcd JS Here" & I U Sharing As Exhibit-A Luke 16; 16-17 The Law and Prophets @ver Pro Claimed Until JOHN. Since that time the Good news of Kingdom of God is being Preached and everyone is Forcing they Way into it [17] It is easier For Heaven and Earth to Disappear than for the least STroke of a Pen to Drop out of the law See (Genesis 1) @ #BBsBCB4ever

(Parties)

A) 27-O R.H.O.G Can be serviced @ 127 Woodrow Ln. Denton Texas 7650 By and through so# 234210 Ministriel Duties Bradley E.Bowen Good Faith belief right-Wrong Forgiveness al Salvation By C/o Denton County Sheriff Exhibit-A Art. V Requires It on agreem to see Stricken Confidentiality Clause
(B) 7-14 O. C.A.T.S Ministeries Can be Served @ 211 W. Market

Street Olney IL 62450 Also request By accredition to Confidentiality Clause To Be Stricken From the Record, Upon Completion of Intervention Program.

C) Trump Administration Can be obtained Service @ 1600 Pennsylvania Blvd Washing TON D.C. and or Mar-A-Lago Resorts
D) Coker, Cannon, Robb Unicorn De Denton Texas (Lincoln Project)
                              CLAIM
Defendis Being these Clades on Behalf of Bradley G. Barnard Several other Citizens as Exhibit A shows Is an order that effects All 50 STATES Governed by Federal law or Regulation
CLAIM 1 Seperation of Church and STATE as it Pertains to This NIU This P.O. and the right to Direct the Care Custody and Control and in Para D'esse Materia to Mock Conceal hinder or shoot With as Described in P.O.

          (a) enforceable in all 50 States, DC, Tribal Lands and US territories 18 USC-2265 Interstate Violation of this May Subject Respondent to 18 USC 2261, 2261(a), 2262
          (b) It is Unlawful for any Person Who is Subject to a Protection Order to knowingly Purchase, Rent, Lease, or receive as a Loan or Gift from Another A Handgun for the Duration of this Order (46.06) Texas
          (C) Possession, transportation, or receipt of a Firearm or Anno While this Protection Order is In effect May be a Felony Under Federal Law Punishable by ur to 10 years in Prison and or $250,000 fire 18 US. 922 (g)(8) and 924 (A)(2)

          Defendant has Faced the Gammit of Firing SQUad
G/Ain 2ft 2600 Days Wput children for Ist Amendment Audit of his EARNED rights by Coedit Agencies
    Registered or Serviced Mal (D) A Person who Violates the Order May be Punished by Contempt by $500 fine or 6 months Jail/Both

(3.)

(e) No Perso Including a Person who is Protected by the Order MAY Give Permission to Anyone To IGNore or Violate Any Provision of this Order, During the time in Which this Order is Valid, Every Provision is in Full Force and Effect Unless a Court Changes this Order

(f.) It is Unlawful For Any Person other than a Peace Officer as Defined (38) 1.07, Penal Code, Actively Engaged in employment as a Sworn, Full-time Paid Employee of a STATE Agency or Political Subdivision, Who is Subject to a Protective order to Posess A Firearm or (AMMO) @f.)

(Pre requisite) To attack an Political or adverse Opponent is to know the adversary Like Atty (Lieb) Privilege - Marital Spousal Privilege to that also is to know then through whints Eingl of Candy they might like For Instance A 1st Amdmnt might be Persuaded to enlarge Narcisishtic Personality On the Basis of Protected Speech the Opponent might Highlite as Controversial While Undermining A WireTAP Recording and Exploiting that Wiretap as is Interstate Commerce is Solely Beneficial when Wiret ap laws Deemed relevant
@Past acts (IF ANY) relevant to a Presedence Report (where a Corporate act hidden behind a Code "Masit" May not show (ANY) To mean Political, social, or SPecial "I.A" of any of the such as Velevance For Court like 7-14-2022 Motion to Compel For Violations of Due Process w/out Pre judice See Affidavits of Priviledge Defendant is Not oblivias to sin or Correction But adversely The Law as applied (ammo) or Prejulice to apply an already agreed SUMMary Judgemts

Claim # 3  The boosting of a Summmy Judgment to Prob all Child related issues left Defendts any little role to Manuvure escape of a Divorce Judgment Holding the kids is the essential Handgun and all the little Like Ducoks were ? NBO

(4.)

393

Defendant or Plaintiff by and through Actual of 22-0255
Would have Never chose to Separate Including So Means
2-Homes  2-Best Interests  2-Familys which require Balance
Not Sole Protection "Until he gives you w/E you Wish" which @
first it should have been Home But couldn't Waiver Just the home
Due to Special Interests which left Me Conflating 2 Separate
Courses Requesting TRUMP Administration Ability as Intervention/
Course while Defendant agrees to Voluntarily w/open arms
Connit to "Friends of the Family" Declaratory

CLAIM #4

Defendant Requests 42 1983 Relief For administration
A @B Political when the Affidavit specifically (Rules of Engagement)
Stated "E" always about the Election (A): Prejudice did she Vote
(B) Is this enough to Premeditate a Social Norm Commitment
to Remove Someones kids (AMMO) By this Standard I would
have Already been a Felon IN the States Eyes SCO: 9-24-2024
as the Substantial Contribution w/out contribution

Arguments + Authorities

I agreed to a Civil Constraint Not to Become a Felon overnight who
couldn't Vote had No right to his kids and Was Mortholed against
his Spouse and Kids side of the Family due to geopolitical-social-and
Economic State based on the Production of Evidence this is Not
Just as JR. would say elementary Connection of Dots #1
#2 Was Nearly Identical with the exception of Who of
which side Won the election "Woe to AC" and Who or What side
of the Family became adverse/when Quoting @ O point in time
would I have ever gave up or my wife kids or family See social/strife
then Does Combat Intel war Gone to keep families aPart that
Is Not Family First Nor United in STATES of America
except the "D" Assc. seci Patriot Act Quoting 25.0)



25.07 "Violation of Certain Court orders or Conditions of BOND in a Family Violence, Child Abuse, or Neglect, Sex Assault or Abuse, Indecent Assault, STALKING, Or TRAFFICKING Case

(a) A Person Commits if, in VIOLATION of a Condition CALLED (BOND;) and related to the Safe T (Act of) of a Victim or of The Community, an order The Person Knowingly or Intentionally: (1) Commits FV In Futherance of (To WH I have) 2) Communicates A: directly with a Protected Individual or a member of the Family in A Threatining or Harrasing Manner so Prejudice (To with) Woul Not (B) a threat through Any Person to a Protected Individual or member of a family or Household — NO Contra (C) In Any Manner with the Protected Persons consent through or A Person appt by the Court If the Violation is of an order described by and The ORDER Prohibits any Communication with a Protected Ind or a family member or Household (3) goes to or Near any of the following Places specifically described In The order or Condition OF BOND; (A) The residence or Place of employment or Business of a Protected Ind. or a Member of the Smith or Household or (B) ANY child care facility, residency or school where a child Protected By the order or Condition OF Bond Normally resides or Attends

Actions That Constitute "In Vio of"
Under Texas Law, a Protedive order Imposes Specific Restritions, and any Breach Constitutes a Violation. (See NIV) Remeditated (Mail Prohibits — Direct or Indirect Communication W/a Protected Party if the order Forbids. This Includes Phone calls, Text messages, emails, or 3rd Paty Intervenor Contact. Sequestation. Even Seemingly Harmles Interaktion Involving Garbage truck, Such as Relaying a Message through a Mutual Connection or Acquaintance, can be a Violation if Communicatidia is Prohibited

Beyond Communication, Violations Can Involve Physical Proximity. May Protective Orders establish Exclusion Zones, Barring the restrained Individual from approaching the Protected Person's Home, Workplace, or school. Entering Q these areas, even Unintentionally, is Still a Violation.



Courts have held that ignorance of Boundaries is Not a valid
Defense, Making it essential for Individuals to UNDERSTAND
There Restrictions. See ⟨—⟩ ARM A Geddon)

An offense under this section is a Class A
Misdemeanor Unless it is shown on the trial of the offense that the
Defendt has Previously been Convicted under this section 2 or More times
or HAS WIOLATED the Poi Order by Committing Assault to In
Which the offense is a 3rd Degree Felony
                Sec; ORDERS TO RESPond #2 #3

2) Doing any act other than a Defensive Measure to Protecte Respont that is
intended to result In Physical Harm, Bodily Injury, assault, or Sexual assault,
against Any Postated Person

#3) Doing any act, other than a Defensive Measure, to Protect, Respontet, that
    is a threat that reasonably Places Any Protected Person in fear of
Imminet Physical Harm Bodily Injury, assault, or Sea assault,

            Defendt (Ce) Could show a Wide Gabe
list of act's intended for Harm and including At the Very last Minute
(Justin Case V, McDonnell Douglas) a Debtor Motion (4) New RePublic
AkA Vexatious File From Back to Blue Reseized @ 9-27- Congress
Motion But at the end of the Day @ JerPen 27.00 With Intent
to Maintain Control or OBTAIN; Intentionally and knowingly threatal
(me) or Placed me in fear of imminent Bodily Injury or Death while
Subseqently intentionally, and knowingly, or Recklessly Causs Bodily Injury
to Another Committed THEFT of 2100 Days where Plaintiffs
In the matter already had Reasonable Cause to Believe Some of
My (known Aquaintances) could warrant Extra Pre-Caution /AMMO
    See; ⟨⟩#8 Engaging in Conduct specifically toward Any Protected
    Person, Including following GPS/Alum that is reasonably likely to
Harass, annoy, alarm, or abuse, tormet, or EmBarrass the Protected Person

@ B #CWoeball @PatliotAct Per Insolar I'm not human and considered Chottel My Children Are Mine thy are special to Me the above ccredit'd Agency Can attest # WaR I was removed from thy life on July 29th 2022 I have Felt responsible as Much as I Could Convince myself I was But I'm mostly thankful for the Blanked Protection Order Provided to (Ex Parte) the other side 85% More Men go to Jail than Women is like you Mr. Preskled you're able to Afford 350k Bond he Pure Materina GA you Could get out ad still survive harassly bad is often sitting 4 years you lost "c" ad your Safe Car to travel with the kids were Subject's to the inner Dimensions of Jail w/wide growth of every Blooming Conflict you Could Imagine from Racld to Pditled to 24hrs of Bodily a Doors IDC who you are your Demenor chnges It aid the typicl Fault of the CO's rather the environments is Afty "When I've forgiven" hold't set ne for Contested Enliura ether Enlure them the Inclusion of my family which started @ JT @ Big Govt US. TRUMP AD@Ministry or iol I never ment to take it out on Police or Women in General Both they always Care after Me 1st ad I'm asking 4 Resolution I have lost Half of the years since My Daughter were Born 2017-2022 I was an everyday Dad driving one of those Head trauks you sit Passege sect in so others had goods to Consume w/the families when they got off Work On my Days off I'D go 2020 2021 Eat at She's School With our Girls IN-JOU IN 2018 I Did a 6-Month Class ad Felt Retornd Felt so good about "c" I admitted how good It ndn ne Feel * I ask also

CLAIM #5 Will this Administration Sede BATL Refrn it's easy to get hostitutional'zed it's chea harder for Sentens when already lost (birthday) it on early Age to Become Un institutionolized to think I'm so Sorry ad wish ad 16 given another chance Will Make All the right choices For the Name of S.R.B + C.L.B #Rights to Vote 4 Felon's S.R.B C.L.B #Emily First to Wit ID Act my life on
PRAYER
Plaintiff "In the interest of" SRB + CLB Requests Reform on Bond ad Anything Just ad EQuitable Per 85%; Request (APP+ Counsel) ad

7

Contra (B.Q) By Solicitation of Geo Political Social/economic Attacks on Justice w/ contra election of Waiver of Rights, Request Right to Amend Sees Roe v. Wade B/c, A Jcrip Injunction to Become Permant Injunction W/ familial Bond cting (Emma's Law) Request a Ruling on Separation on Church and STATE - Via Family Code relative forgiveness Contra Ben Request Attorney fees on Court fines Sufficient

[APPT of Counsel]

Plaintiff by rule 23 ad in Pursuant to rule 38 USC 1915 request APP't of Counsel to help Facilitate action of the Court to wit Cnd re-Address @ SO#234 210 C/o Denton County Jail R.H. O.G. Bradley E. Bowe 127 N. Woodrow Ln. 5-1-W Denton Texas 76205 By Waiver Plaintiff Request Indigent Waiver of fees W/out Prejudice Bell v. Wolfish

[Notice of Hearing]

Plaintiff Files this and Request ad ask North eastern Federal District Courthouse to hear the Motions for relief w/out Persecution al Flab on a Date to be determined the Court will thereafter Rule on Matters to Be Addressed

Certificate of Service

Plaintiff's Seeking Accredation by ad through Prison Inmate Obligation thereby services By Certificate a TRUE ad Correct Copy of Inmates So# 234210 Title 42 § 1983 w/ request to Amend reform on BAIL Bond to the Court which will be serviced to the following Parties for Affidavit Relic F (1) 714 O.C.AT.S Ministry 211 W. Market St. Ohey TL 62450 (2) 270 R.H. O.G Ministry @ 12) Woodrow Ln, Denton Texas 76205 (3.) Trump Administration 1600 Pennsylvania Ave, Washington DC. (4) Coker Robb, Common "Denton County Friends of Family" 940-387-5131 1450 E. Mchinney st, Denton Texas 76209 w/ Confidentially Included hereafter § 165 007

3026 Watercrest Dr. SO# 234210
127 Woodrow LN.  Bradley E. Bowen
Denton Texas 76205 Bobby Bowen
No-Phone   I AM BradBowen@ yahoo.Com

Bradley C. Brown 30#234210
C/o Denton County Jail
127 N. Woodrow Rd.
Denton Texas 76205
IN Forma Pauper

NORTH TEXAS TX 750
26 FEB 2026 PM 6 L

UNITED STATES
OF AMERICA
FOREVER/USA

**RECEIVED**

MAR 0 2 2026

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

United STATES Courthouse
C/o Clerk
7940 Preston Road
Plano Texas 75024

DENTON COUNTY JAIL
INMATE MAIL

75024-236099